B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re Carlo B. Bodiongan                          ,          Case No. 10-48876

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

YAD 160 Fulton, LLC
Name of Transferee

Garden State Pool 1, LLC
Name of Transferor

Name and Address where notices to transferee should be sent:
YAD 160 Fulton, LLC, 911 E. County Line Road, Suite 204, Lakewood, NJ 08701

Court Claim # (if known): 10
Amount of Claim: $202,830.27
Date Claim Filed: 04/20/2011

Phone: 347-922-8363
Last Four Digits of Acct #: 1286

Phone: 212-336-5278
Last Four Digits of Acct. #: 1286

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Thomas W. Halm, Jr., Esq.                    Date: 03/12/2013
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.