**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

CARLO B. BODIONGAN,

Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Case No.: 10-48876 DHS

**NOTICE OF RESERVE ON CLAIM**

Creditor:             YAD 160 FULTON, LLC
Trustee Claim #:      16
Claimed Amount:       $202,830.27
Date Claim Filed:     04/20/2011

Please be advised that a reserve has been placed on the above named claim for the following reason:

■ The creditor is not cashing checks issued by the Trustee.  Payments will not resume until a written request is sent by the creditor to the Trustee.

Unless we receive the information needed or the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated:  May 06, 2014

By:  /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

CARLO B. BODIONGAN
P.O. BOX 2233
BLOOMFIELD, NJ    07003

BRUCE H. LEVITT, ESQ
76 SOUTH ORANGE AVENUE
SUITE 305
SOUTH ORANGE, NJ    07079

INVESTORS SAVINGS BANK
101 JFK PARKWAY
SHORT HILLS, NJ    07078

YAD 160 FULTON, LLC
911 E. COUNTY LINE ROAD
SUITE 204
LAKEWOOD, NJ    08701